UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH R. CAMPOS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>Defendant. | No. CV 10-9738 AJW<br><br><br><br>JUDGMENT |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed,** and the case is **remanded** to defendant for further administrative proceedings consistent with the Memorandum and Order filed concurrently herewith.

April 13, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge