Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Joseph R. Campos

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH R. CAMPOS, | Case No.: CV 10-9738- AJW |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,700.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:   June 28, 2012

_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Steven G. Rosales*
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Joseph R. Campos